IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**TAMMY LYNN WILSON**                                                    **PLAINTIFF**

**v.**                              **No. 4:18-CV-00446-JM-JTK**

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**
**performing the duties and functions**
**not reserved to the Commissioner of**
**Social Security**                                                      **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED AND REMANDED, with instructions to develop the record as necessary and to redetermine Wilson's RFC with proper limitations relating to all of her medically determinable impairments.

DATED this 21st day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE