IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TAMMY LYNN WILSON                                              PLAINTIFF

V.                           4:18CV00446 JM

NANCY A. BERRYHILL,
Deputy Commissioner of Operations
Performing the duties and functions
Not reserved to the Commissioner
Of Social Security                                             DEFENDANT

ORDER

Plaintiff has filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (docket entry #16). Plaintiff seeks an EAJA award for 37.20 hours of work done at the district court level by her attorney at an hourly rate of $195.55, for a total fee award of $7,274.46.

Under the EAJA, a prevailing social security claimant is entitled to an award of reasonable attorney's fees and expenses unless the Commissioner's position in denying benefits was "substantially justified" or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(A).

The Commissioner does not contest Plaintiff's entitlement to an award of attorney's fees under the EAJA, nor does she object to the hourly rate, and she asserts that the amount requested by Plaintiff's attorney is reasonable (docket entry #17). Therefore, the total number of requested attorney hours

(37.2) will be allowed at an hourly rate of $195.55 for a total fee award of $7,274.46.

Accordingly, it is hereby ORDERED

(1)  That Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (docket entry #16) is granted;

(2)  That Plaintiff's attorney is entitled to an attorney's fee in the amount of $7,274.46 all pursuant to the EAJA; and

(3)  That the Commissioner is directed to pay to Plaintiff the amount awarded pursuant to the EAJA.

IT IS SO ORDERED this <u>13th</u> day of May, 2019.

_____
James M. Moody Jr.
United States District Judge